**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  BARBARA WINGET, DEBTOR           CHAPTER 13 PROCEEDING
                                          CASE NO. 14-14488-JDW

**APPEARANCE OF COUNSEL**

Shapiro & Massey, LLC of Jackson, Mississippi, enters its appearance of counsel of record for Community Trust Bank dba Cimarron Mortgage in the above referenced bankruptcy. Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtor or property of the Debtor.

Dated: This the 4th day of May, 2015

                                    Respectfully submitted
                                    SHAPIRO & MASSEY, LLC


                                      /s/Evan J. Lundy
                                    Evan J. Lundy

## CERTIFICATE OF SERVICE

      I, Evan J. Lundy, of the firm of Shapiro & Massey, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Appearance either by electronic case filing or by United States mail postage pre-paid to the following:

Locke D. Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

William L. Fava, Attorney for Debtor
mc38671@yahoo.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Dated: May 4, 2015

                                            Respectfully submitted
                                            SHAPIRO & MASSEY, LLC

                                            /s/Evan J. Lundy
                                            Evan J. Lundy

Presented by:
J. Gary Massey, MSB #1920
Evan J. Lundy, MSB# 103044
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No: (601)981-9299
Facsimile No. (601)981-9762
E-mail:  msbankruptcy@logs.com
BK Case No. 14-14488-JDW