**Fill in this information to identify the case:**

Debtor 1     Barbara Winget

Debtor 2     _____
             (Spouse, if filing)

United States Bankruptcy Court for the Northern District of Mississippi
                                                                     (State)

Case number: 14-14488-JDW

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Origin Bank fka Community Trust Bank sbm Cimarron Mortgage Company

**Court Claim No.** (if known): 13

**Last four digits** of any number you use to identify the debtor's account:    XXX5725

**Date of Payment Change:**    01/01/2016

Must be at least 21 days after date of this notice.

**New total payment:**
Principal, interest, and escrow, if any    $981.48

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

     Current escrow payment: $173.83          New escrow payment: $170.39

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a statement is not attached, explain why: _____

     Current interest rate: _____ %          New interest rate: _____ %

     Current principal and interest payment: _____          New principal and interest payment: : _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____
     Current mortgage payment: _____          New mortgage payment: _____

| Part 4: | Sign Here |

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/Evan J. Lundy
     Signature

Date: December 10, 2015

**Print:**     Evan J. Lundy
               First Name     Middle Name     Last Name

Title  Attorney

Company     Shapiro & Massey, LLC

Address     1080 River Oaks Drive, Suite B-202
            Number     Street

            Flowood, Mississippi 39232
            City                State     ZIP Code

Contact phone    (601) 981 - 9299

Email  MSBankruptcy@logs.com

## CERTIFICATE OF SERVICE

      I, Evan J. Lundy, of the firm of Shapiro & Massey, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Locke D Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

William L. Fava, Attorney for Debtor
mc38671@yahoo.com

Barbara Winget
7806 Davis Parkway
Southaven, MS 38671


Dated:   December 10, 2015

                                            Respectfully submitted
                                            SHAPIRO & MASSEY, LLC


                                              /s/Evan J. Lundy
                                            Evan J. Lundy


Presented by:
J. Gary Massey, MSB #1920
Evan J. Lundy, MSB# 103044
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No: (601)981-9299
Facsimile No. (601)981-9762
E-mail:  msbankruptcy@logs.com
BK Case No. 14-14488-JDW

```
CIMARRON MORTGAGE
P. O. BOX 12830
JACKSON           MS 39236-2830


800-949-6699




BARBARA WINGET                              YOUR LOAN NUMBER: ███
C/O CMC BKR DEPT
P.O. BOX 12830
JACKSON           MS 39236
                                            DATE: 11/09/15


         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   01/16 THROUGH   12/16.
------- ANTICIPATED PAYMENTS FROM ESCROW -    01/16 THROUGH    12/16 -------
         HAZARD INS                      874.79
         COUNTY TAX                     1130.25

     TOTAL PAYMENTS FROM ESCROW         2005.04

     MONTHLY PAYMENT TO ESCROW           167.08 (1/12TH OF ABOVE TOTAL)


------- ANTICIPATED ESCROW ACTIVITY -    01/16 THROUGH    12/16--------
       -ANTICIPATED PAYMENTS-                 -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION       ANTICIPATED        REQUIRED
                           ACTUAL STARTING BALANCE   294.49          334.24
JAN 16   167.08                                      461.57          501.32
FEB 16   167.08                                      628.65          668.40
MAR 16   167.08                                      795.73          835.48
APR 16   167.08                                      962.81         1002.56
MAY 16   167.08                                     1129.89         1169.64
JUN 16   167.08                                     1296.97         1336.72
JUL 16   167.08                                     1464.05         1503.80
AUG 16   167.08    874.79    HAZARD INS              756.34          796.09
SEP 16   167.08                                      923.42          963.17
OCT 16   167.08                                     1090.50         1130.25
NOV 16   167.08                                     1257.58         1297.33
DEC 16   167.08   1130.25    COUNTY TAX     ALP      294.41   RLP    334.16

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      -39.75.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
```

```
---------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
        PRINCIPAL & INTEREST                                    811.09
        ESCROW (1/12TH OF ANNUAL ANTICIPATED                    167.08
          DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                         0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
        PLUS: SHORTAGE PAYMENT                                    3.31
        MINUS: SURPLUS CREDIT                                     0.00
        ROUNDING ADJUSTMENT                                       0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                        0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/16       981.48
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    334.16.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS     334.16.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/15       173.83     11/15       173.83     12/15      173.83
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/15    1130.25 COUNTY TAX           00/00       0.00
00/00       0.00                      00/00       0.00

```
CIMARRON   MORTGAGE
P. O. BOX 12830
JACKSON              MS 39236-2830


800-949-6699




BARBARA WINGET                          YOUR LOAN NUMBER: ███████
C/O CMC BKR DEPT
P.O. BOX 12830
JACKSON           MS 39236
                                        DATE: 11/09/15
```

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING APR, 2015 AND ENDING MAR,2016.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF APR, 2015 IS ---

```
            PRINCIPAL & INTEREST           811.09
            ESCROW DEPOSIT                 165.94
            OPTIONAL INSURANCE               0.00
            REPLACE RESV/FHA SVC CHG         0.00
            SHORTAGE                         7.89
            DEFICIENCY                       0.00
            SURPLUS                          0.00
            ROUNDING                         0.00
            LESS BUYDOWN/ASST PAYMENT        0.00
            BORROWER PAYMENT               984.92
```

```
         PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL  DESCRIPTION   PRIOR PRJ    ACTUAL

APR 15     165.94   173.83*                                       995.73     908.89
MAY 15     165.94   173.83*                                      1161.67    1082.72
JUN 15     165.94   173.83*                                      1327.61    1256.55
JUL 15     165.94   173.83*              874.79*  HAZARD         1493.55     555.59 A
AUG 15     165.94   173.83*    861.12       *                     798.37     729.42
SEP 15     165.94   173.83*                                       964.31     903.25
OCT 15     165.94       *                                        1130.25     903.25
NOV 15     165.94       **                                       1296.19     903.25
DEC 15     165.94       **    1130.25       **                    331.88 T   903.25
JAN 16     165.94       **                                        497.82     903.25
FEB 16     165.94       **                                        663.76     903.25
MAR 16     165.94       **                                        829.70     903.25
```
UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS      331.88. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS      555.59.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/15         171.08      03/15          171.08       00/00           171.08
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00          0.00                      00/00         0.00
00/00          0.00                      00/00         0.00
00/00          0.00                      00/00         0.00
```