_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | |
|---|---|---|
| **Barbara Winget** ) | **Case No:** | **14-14488-JDW** |
| ) | | |
| **Debtor(s).** ) | **Chapter:** | **13** |

## ORDER REOPENING CASE

WHEREAS, for good cause shown, this Court deems it appropriate to grant movant's motion to reopen this case; and

WHEREAS, this Court has determined that the appointment of a trustee herein by the U.S. Trustee ☐ is ☒ is not necessary to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case; it is

ORDERED that the motion to reopen this case is granted and that this case be and the same is hereby reopened.

##END OF ORDER##